**898-15**

*denied PC 10-26-15*

To whom it may concern,                                                    10/19/2015

Im writing this letter requesting a extension Regarding Luis Franco DOB: 06/07/1978 his deadline was today 10/19/2015. We are still in the process of paying our lawyer to have him write out the letter to go to a higher court for appeal please give us more time a extension to get everything resolved right now I am the only one working and we are giving little by little to our lawyer to proceed this case please if we can have an extension this would be greatly appreciated. Thank you for all you help.

COA Case No. 04-13-00906-CR                    ATTORNEY MICHAEL GROSS
                PD-0898-15                                 LUIS FRANCO DOB: 06/07/1978
                                                          x Luis Franco
Tr. CT. No. 2013CR3379

Extension For Petition For Discretionary Review.

FILED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk